STAN S. MALLISON (Bar No. 184191)
 StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
 HectorM@TheMMLawFirm.com
CODY A. BOLCE (Bar No. 322725)
 CBolce@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff Farah Mirabadi

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARAH MIRABADI, on behalf of herself and those similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC, and DOES 1 through 20, inclusive,<br><br>Defendants. | **Case No. 2:23-cv-06809-PSG-SP**<br><br>**PLAINTIFF'S UNOPPOSED REQUEST FOR LEAVE TO APPEAR REMOTELY AT THE HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Date: February 16, 2024<br>Time: 1:30 PM<br>Ctrm: 6A, 6th Floor<br><br>*Before the Honorable Philip S. Gutierrez* |

-1-

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Farah Mirabadi ("Plaintiff"), by and through her attorneys of record, Mallison & Martinez Attorneys at Law, hereby respectfully moves the Court for an Order allowing her counsel to appear remotely by Zoom at the hearing for Defendant's Motion to Dismiss, currently set for February 16th, 2024 at 1:30 P.M. in Courtroom 6A, in light of the following reasons:

WHEREAS, Counsel for Plaintiff are located at 1939 Harrison Street, Suite 730, Oakland, California 94612 and the Courthouse of Honorable Philip S. Gutierrez is located at 350 West 1st Street, 6th Floor, Los Angeles, California 90012;

WHEREAS, the present case is a putative class action, and Plaintiff's Counsel have an obligation to the putative class to minimize the cost of litigation where possible;

WHEREAS, Plaintiff's Counsel have conferred with all parties to this action and all parties have consented to Plaintiff's Counsel appearing remotely;

THEREFORE, Plaintiff respectfully moves the Court for an Order allowing her counsel to appear remotely.

Dated: January 19, 2024                    **MALLISON & MARTINEZ**


By: _____
        Stan S. Mallison
        Hector R. Martinez
        Cody A. Bolce

        Attorneys for Plaintiff Farah Mirabadi

-2-

Case No.: 2:23-cv-06809-PSG-SP
Plaintiff's Unopposed Request for Leave to Appear Remotely